# Third District Court of Appeal

## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-42
Lower Tribunal No. 20-15170

————————

**S.C., the mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kevin Coyle Colbert, Assistant Regional Counsel, for appellant.

Thomasina F. Moore and Laura J. Lee (Tallahassee), for Guardian ad Litem Program; Karla F. Perkins, for the Department of Children and Families, for appellees.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.